**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JOHN P. DISTEFANO, AS
ADMINISTRATOR OF THE  ESTATE OF
LISA E. DISTEFANO, DECEASED,

                Respondent

          v.

SARAH E. ROBIN, D.O. AND CENTRAL
BUCKS FAMILY PRACTICE, P.C.,

                Petitioners

:  No. 426 MAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.